Robert D. Mitchell, 011922
Christopher J. Waznik, 032812
Zachary R. Cormier, 034594

**TB TIFFANY & BOSCO**
P.A.

Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone (602) 255-6000
Fax (602) 255-0103
E-mails: rdm@tblaw.com;
cjw@tblaw.com; zrc@tblaw.com
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities Exchange Commission;<br><br>Plaintiff,<br><br>v.<br><br>Jason P. Wootten; Ronald Frank Stevenson, Family Tree Estate Planning, LLC; and American Financial Security, LLC,<br><br>Defendants. | Case No. CV-21-00482-GMS<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FAMILY TREE ESTATE PLANNING, LLC** |

  This Corporate Disclosure Statement is filed on behalf of Family Tree Estate Planning, LLC, an Arizona limited liability company, in compliance with provisions of:

  ☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

1

    __ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    __ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organization victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

    ✓ No such corporation.

    __ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

    __ Publicly held corporation, not a party to the case, with a financial interest in the outcome.

    __ Other.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Respectfully submitted this 6th day of August, 2021.

                                TIFFANY & BOSCO, P.A.

                                By_____
                                    Robert D. Mitchell, 011922
                                    Christopher J. Waznik, 032812
                                    Zachary R. Cormier, 034594
                                    Camelback Esplanade II, Seventh Floor
                                    2525 East Camelback Road
                                    Phoenix, Arizona 85016
                                    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on August 6, 2021 I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all parties of record.

*/s/ Kaleigh Stilchen*