Alise M. Johnson

Florida Bar No. 0003270

Email: johnsonali@sec.gov

Attorneys for Plaintiff

Securities and Exchange Commission

801 Brickell Avenue, Suite 1950

Miami, FL 33131

Telephone: (305) 982-6385

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, | No. CV-21-00482-PHX-GMS |
| Plaintiff, | |
| v. | **PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENTS** |
| Jason P. Wootten; Ronald Frank Stevenson; Family Tree Estate Planning, LLC; and American Financial Security, LLC, | |
| Defendants. | |

1.    Pursuant to the Court's Order (Dkt. No. 29), Plaintiff Securities and Exchange Commission hereby files this unopposed Motion for Entry of Final Judgments.

2. The Parties have resolved all issues in this matter. Thus, Plaintiff moves for the entry of Final Judgments in the forms attached to this motion as Exhibits A and B.

3. By the signed Consents, attached as Exhibits C and D, Defendants Jason Wootten, Ronal Stevenson, Family Tree Estate Planning LLC ("Family Tree") and American Financial Security, LLC ("AFS") (collectively "Defendants") have consented, without admitting or denying the allegations of the Amended Complaint (except as noted within the Consents) to entry of the Final Judgments against them.

4. The Final Judgments:

i. permanently restrain and enjoin Defendants from violation of Sections 5(a) and 5(c) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §77e]; and Section 15(a)(1) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78o(a)(1)]; and

ii. order Defendants Wooten and Family Tree to pay disgorgement, jointly and severally, in the amount of $1,105,054 plus prejudgment interest thereon in the amount of $105,464 and a civil penalty in the amount of $150,000.

iii. order Defendants Stevenson and AFS to pay disgorgement, jointly and severally, in the amount of $520,657 plus prejudgment interest thereon in the amount of $59,242 and a civil penalty in the amount of $125,000.

5. The Final Judgments resolve this case in its entirety and, if entered, this case can be closed.

DATED this 18th day of November, 2022.

Respectfully submitted,

By:   s/Alise Johnson
       Alise Johnson
       Senior Trial Counsel

Florida Bar No. 0003270
E-mail: johnsonali@sec.gov
*Lead Attorney*

Attorney for Plaintiff
**Securities and Exchange Commission**
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Facsimile: (305) 536-4154